# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**152**

**CAF 11-02335**

PRESENT: CENTRA, J.P., FAHEY, CARNI, SCONIERS, AND VALENTINO, JJ.

---

IN THE MATTER OF JOHNNY TORRES,
PETITIONER-APPELLANT,

V                                                                ORDER

JAMIE NESTARK, RESPONDENT-RESPONDENT.

---

JENNIFER M. LORENZ, LANCASTER, FOR PETITIONER-APPELLANT.

EVELYNE A. O'SULLIVAN, EAST AMHERST, FOR RESPONDENT-RESPONDENT.

DAVID C. SCHOPP, ATTORNEY FOR THE CHILD, THE LEGAL AID BUREAU OF
BUFFALO, INC., BUFFALO (CHARLES D. HALVORSEN OF COUNSEL), FOR JOHNNY
T., JR.

---------------------------------------------------------------------------------------------------------------

Appeal from an order of the Family Court, Erie County (Margaret
O. Szczur, J.), entered October 24, 2011 in a proceeding pursuant to
Family Court Act article 8.  The order dismissed the petition.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Entered:  February 1, 2013                          Frances E. Cafarell
                                                    Clerk of the Court